UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

KLAJDI PLASARI,

               Plaintiff,

   - against -

DIVERSIFIED CONSULTANTS, INC.,

              Defendant.
------------------------------------------------------------------

1:11-CV-5042-SAS-JLC

:STIPULATION OF
:DISCONTINUANCE
:WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated:    New York, New York
             December 14, 2011

THE SALVO LAW FIRM, P.C.

By: _____
Cindy D. Salvo, Esq.
*Attorney for Defendant*
ARS National Services, Inc.
165 Passaic Avenue, Suite 310
Fairfield, New Jersey 07004
   (862) 881-4110
   (718) 250-1123

LAW OFFICES OF ALLISON
POLESKY, P.C.

By: _____
Allison D. Polesky (AP5446)
*Attorney for Plaintiff*
511 Avenue of the Americas, Suite 712
New York, New York 10011
(866) 479-9500

**SO ORDERED:**

_____
USDJ